[No. 6021.   Decided January 8, 1907.]

EDNA GRAVELLE et al., Appellants, v. THE CANADIAN AND AMERICAN MORTGAGE & TRUST COMPANY, LIMITED, Respondent.[1]

Appeal from a judgment of the superior court for Lincoln county, Kennan, J., entered September 1, 1905.  Affirmed.

H. A. P. Myers, for appellants.

L. Davies and Tolman & Kimball, for respondent.

ON DENYING A PETITION FOR REHEARING.

PER CURIAM.—Inasmuch as the opinion in this cause was filed on March 27, 1906 (42 Wash. 457, 85 Pac. 36), and directed that the judgment of the lower court be affirmed "with leave to redeem the interest of the minor, Joseph Gravelle, within 90 days from the date of the filing of this opinion in this court," and a petition for rehearing has only recently been denied, it is now, therefore, ordered that the opinion be modified by providing that the judgment shall be affirmed with leave to redeem the interest of said minor within 90 days after the filing of the remittitur in the superior court.

————— ——— — - ———

[No. 6536.   Decided February 5, 1907.]

O. D. COLVIN et al., Respondents, v. CHARLES HALE, Appellant.[2]

Appeal from a judgment of the superior court for King county, Rice, J., entered May 31, 1906.  Affirmed.

George H. King, for appellant.

PER CURIAM.—This appeal is from the findings of fact and conclusions of law in a case tried by the court without a jury.  No brief has been filed by the respondent, but from an investigation of the record it seems plain that the findings were justified by the evidence, and that the conclusions were legally deduced from the findings.  The judgment is affirmed.

[1]Reported in 88 Pac. 193.
[2]Reported in 88 Pac. 1135.